IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
|     Ranae Miller, | ) | Bk. No. 06-32124 |
|     Debtor. | ) | |
| | ) | |
| RANAE MILLER, | ) | |
| PLAINTIFF, | ) | Adv. No. 07-3057 |
|     vs. | ) | |
| GREEN TREE SERVICING, LLC, & | ) | |
| PIERCE & ASSOCIATES, | ) | |
| DEFENDANTS. | ) | |

## MOTION TO DISMISS COMPLAINT

Debtor submits the following by and through her undersigned attorney of record:

1.      The Complaint makes certain allegations of fact regarding Defendants Green Tree

Servicing LLC and Pierce & Associates.

2.      Subsequent to the filing of the Complaint, Defendants provided information to

Debtor's counsel to establish that any violation of the automatic stay on their part was not

intentional, and therefore is not actionable under 11 U.S.C. Section 362.

3.      Debtor seeks to dismiss its action against Defendants on the basis of the

information described in paragraph 3.

Wherefore, Debtor prays for the entry of an order dismissing the Complaint with

prejudice and for such other and further relief as is just.

Ranae Miller, Plaintiff

By: /s/ Steven T. Stanton, Her Attorney
P. O. Box 405, Edwardsville, IL 62025
(618) 931-3090

<u>Certificate of Service</u>

The undersigned certifies that on August 2, 2007 a copy of the attached document was served electronically to:

Cheryl A Considine
David G Wasinger

And served by mail, postage prepaid, to all interested parties that were not notified electronically.  The names and addresses of any such interested parties are listed below.

By:  <u>/s/ Steven T. Stanton</u>

Ranae Miller
2820 Lincoln Avenue
Granite City, IL  62040

Green Tree Servicing
CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL  60604

Pierce & Associates
Thomas J. Shannon
8 S. Michigan 2600
Chicago, IL  60603